```
UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND
- - - - - - - - - - - - - - - - - -x
In re:                              :
UTGR, INC., d/b/a TWIN RIVER, et al:     BK No. 09-12418
          Debtors                            Chapter 11
- - - - - - - - - - - - - - - - - -x
```

## ORDER

The motion for the rescheduling of the Confirmation Hearing is **GRANTED** insofar as the hearing is reset for June 23, 2010 at 10:00 a.m. in Providence, Rhode Island. The Debtors shall cause notice of the rescheduled hearing to be provided to all parties in interest, including the United States Trustee, forthwith.

Although the Court is prepared to take some or all of the evidence supporting the elements of 11 U.S.C. § 1129 by written offer of proof submitted under oath, the Debtors should be prepared to provide oral testimony if requested by the Court or the United States Trustee.

_____
Henry J. Boroff
U.S. Bankruptcy Judge

Entered on docket: 6/2/10