**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF RHODE ISLAND**

| | |
|---|---|
| In re: | ) Chapter 11 |
| UTGR, INC. d/b/a TWIN RIVER, <u>et al.</u>,[1] | ) Case No. 09-12418 (ANV) |
| Debtors. | ) Jointly Administered |

**NOTICE OF OCCURRENCE OF EFFECTIVE DATE OF
DEBTORS' SECOND AMENDED JOINT PLAN OF
REORGANIZATION PURSUANT TO CHAPTER 11 OF BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that the above-captioned debtors and debtors in possession (collectively, the "<u>Reorganized Debtors</u>") filed on February 10, 2010 the final version of their Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 529] (the "<u>Plan</u>")[2] in the United States Bankruptcy Court for the District of Rhode Island (the "<u>Bankruptcy Court</u>").

**PLEASE TAKE FURTHER NOTICE** that on June 24, 2010, the Bankruptcy Court entered the Findings of Fact, Conclusions of Law, and Order Confirming Debtors' Second Amended Joint Plan of Reorganization Pursuant to Chapter 11 of the Bankruptcy Code [Docket No. 717] (the "<u>Confirmation Order</u>").  The Plan and Confirmation Order are available at www.donlinrecano.com/twinriver.

**PLEASE TAKE FURTHER NOTICE** that pursuant Article XII.A of the Plan and Paragraph 122 of the Confirmation Order, the Effective Date of the Plan for all of the Reorganized Debtors occurred on November 5, 2010.

---

[1]  The Reorganized Debtors in these chapter 11 cases are BLB Management Services, Inc., BLB Worldwide Holdings, Inc., and UTGR, Inc ("<u>UTGR</u>").

[2]  The Reorganized Debtors filed earlier versions of the Plan on December 15, 2009 [Docket No. 445], January 22, 2010 [Docket No. 483], and January 26, 2010 [Docket No. 487].

Dated: November 5, 2010
       Providence, Rhode Island

**WINOGRAD, SHINE & ZACKS, P.C.**

Allan M. Shine (Bar No. 0383)
123 Dyer Street
Providence, RI 02903
Telephone:    (401) 273-8300
Facsimile:    (401) 272-5728

- and -

**KIRKLAND & ELLIS LLP**

*/s/ Paul M. Basta*
Paul M. Basta (Admitted *pro hac vice*)
Stephen E. Hessler (Admitted *pro hac vice*)
601 Lexington Avenue
New York, NY 10022-4611
Telephone:    (212) 446-4800
Facsimile:    (212) 446-4900
paul.basta@kirkland.com
stephen.hessler@kirkland.com

Counsel for the Reorganized Debtors and Debtors in Possession